# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORLA MARIE BETTENCOURT,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 1:25-cv-00242-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 11) |

On June 12, 2025, the parties filed a stipulation for an extension of time from June 17, 2025 to July 21, 2025 for Defendant to respond to Plaintiff's opening brief. (ECF No. 11.) This is Defendant's first request for an extension of time.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file an opposition to Plaintiff's opening brief on or before July 21, 2025; and
2. All remaining deadlines as set forth in the scheduling order (ECF No. 4) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **June 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1